COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-08-00156-CV |
| IN RE:  JOHNNIE LEE CARTER, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

**MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS**

Relator, Johnnie Lee Carter, has filed a *pro se* petition for writ of mandamus seeking an order compelling the Honorable Linda Chew, Judge of the 327th District Court, to vacate her order granting nonsuit *nunc pro tunc*.

Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). In addition, there must be no other adequate remedy at law. *Id.* at 840. Based on the petition and record before us, Mr. Carter has failed to demonstrate he is entitled to mandamus relief. *See* TEX.R.APP.P. 52.8. Therefore, we deny the petition.

May 8, 2008

_____
ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.
Chew, C.J., not participating